United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>            Plaintiff,<br><br>    v.<br><br>FOGLI FAMILY ENTERPRISES, LLC, *et al*.,<br><br>            Defendants. | Case No. 21-cv-07009-SI<br><br>**ORDER RE: OCTOBER 28, 2021 LETTER FROM DEFEDANT KEANE KITCHENS**<br><br>Re: Dkt. No. 8 |

On September 10, 2021, plaintiff Scott Johnson filed this lawsuit against defendants Fogli Family Enterprises, LLC and Keane Kitchens, Ltd. On October 28, 2021, the Court received a letter from Padraig Keane, on behalf of Keane Kitchens, responding to some of the allegations of the complaint. Dkt. No. 8.

**The Court advises defendant Keane Kitchens that the October 28 letter does not constitute an answer or other responsive pleading as required by Federal Rule of Civil Procedure 12.** The Court strongly encourages Keane Kitchens to seek free legal consultation by contacting the Pro Se Help Desk at FedPro@sfbar.org or (415) 782-8982. Defendant can speak with an attorney who will provide basic legal help, but not legal representation.

**IT IS SO ORDERED**.

Dated: October 29, 2021

_____
SUSAN ILLSTON
United States District Judge